No. 69098.—Tigrett Industries, Inc., and V. Alexander & Co., a/c Tigrett Industries, Inc. v. United States, protests 58/1 and 62/5856 (Memphis).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise, described on the invoices as motors, with or without other words of description, consists of minature motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69099.—Bruce Duncan Co., Inc., a/c Wen-Mac Corp., et al. v. United States, protest 59/29138, etc. (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of motors similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

No. 69100.—Normandy Distributors Corp. and Mahana Importing Co. v. United States, protests 63/22700 and 63/22724 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of ballet dancing figures on jewelry boxes similar in all material respects to those the subject of Abstract 66652, the claim of the plaintiffs was sustained.